**Kerri Weese**

| | |
|---|---|
| **From:** | cmecfhelpdesk@ohsd.uscourts.gov |
| **Sent:** | Thursday, April 09, 2020 1:48 PM |
| **To:** | InterDistrictTransfer_WVSD |
| **Subject:** | Transferred case has been opened |

CASE: 2:20-cv-00201

DETAILS: Case transferred from West Virginia Southern has been opened in Southern District of Ohio as case 2:20-cv-01809, filed 04/09/2020.